January 21, 2011

Ms. Dawn R. Meade
The Spencer Law Firm
4635 Southwest Frwy. Suite 900
Houston, TX 77027
Mr. Scott Benjamin Novak
Lorance & Thompson, PC
2900 N. Loop West, Suite 500
Houston, TX 77092

RE: Case Number: 09-0830
 Court of Appeals Number: 14-08-00550-CV
 Trial Court Number: 2007-63425

Style: ULYSSES L. ROSEMOND
 v.
 MAHA KHALIFA AL-LAHIQ, M.D.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Loren Jackson |
| |Mr. Christopher A. |
| |Prine |